IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Isis Holley,                                :
                                            :
      Plaintiff(s),                :
                                            :  Case Number: 1:14cv59
  vs.                                       :
                                            :  Judge Susan J. Dlott
Commissioner of Social Security,            :
                                            :
      Defendant(s).                :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on January 2, 2015(Doc. 16), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired January 20, 2015, hereby ADOPTS said Report and Recommendation.

Accordingly, it is **ORDERED** that defendant's decision is found to be supported by substantial evidence and is **AFFIRMED.**

This case is hereby **TERMINATED** from the docket of this Court.

IT IS SO ORDERED.

                                              ___s/Susan J. Dlott_____
                                              Judge Susan J. Dlott
                                              United States District Court